

# COURT OF APPEALS
## SECOND DISTRICT OF TEXAS
## FORT WORTH

### NO. 02-13-00221-CV

| | | |
|---|---|---|
| Phillip Saenz and/or All Other Occupants | § | From County Court at Law No. 1 |
| v. | § | of Tarrant County (2013-000744-1) |
| U.S. Bank National Association as Trustee for J.P. Morgan Acquisition Trust 2006-WMC4, Asset-Backed Pass-Through Certificates, Series 2006-WMC4 | § | March 20, 2014 |
| | § | Opinion by Justice Gabriel |

## JUDGMENT

This court has considered the record on appeal in this case and holds that there was no error in the trial court's judgment. It is ordered that the judgment of the trial court is affirmed.

It is further ordered that appellant Phillip Saenz and/or All Other Occupants shall pay all costs of this appeal, and these costs be paid from the cash deposit in lieu of bond made with the clerk of the trial court for which let execution issue.

The clerk of the trial court shall refund the remainder of this cash deposit in lieu of bond to appellant Phillip Saenz and/or All Other Occupants.

SECOND DISTRICT COURT OF APPEALS


By ____/s/ Lee Gabriel_____
       Justice Lee Gabriel